EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2020 TSPR 43 |
|---|---|
| Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | 204 DPR _____ |

Número del Caso:  EM-2020-11

Fecha:  15 de mayo de 2020

Materia:  Extensión de Términos del Programa de Educación Jurídica Continua.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Judiciales ante
situación de emergencia
de salud por el COVID-19

EM-2020-011

Programa de
Educación
Jurídica

En San Juan, Puerto Rico, a 15 de mayo de 2020.

El 12 de marzo de 2020 la Gobernadora de Puerto Rico, Hon. Wanda Vázquez Garced (Gobernadora), decretó un estado de emergencia por la amenaza que representa la pandemia por la propagación de COVID-19 (coronavirus). El 15 de marzo de 2020, la Gobernadora emitió una Orden Ejecutiva decretando un cierre total y toque de queda que aplica a entes gubernamentales y privados, con ciertas exclusiones relacionadas a servicios esenciales. La Orden Ejecutiva se extendió en dos ocasiones, con vigencia hasta el 3 de mayo de 2020. El 1 de mayo de 2020 se emitió la OE-2020-038, mediante la cual se extendió el toque de queda hasta el 25 de mayo de 2020. Esa orden flexibilizó las actividades económicas autorizadas, sujeto a varias condiciones dirigidas a prevenir el riesgo de contagio.

El 15 de marzo de 2020 el Poder Judicial anunció el cierre parcial de operaciones y suspendió las vistas y asuntos citados en los tribunales del país hasta el 30 de marzo de 2020. Se dispuso que durante este periodo solo se atenderían asuntos urgentes tales como vistas de causa para arresto (Regla 6), órdenes de protección, solicitudes de traslado de menores fuera de la jurisdicción, otros asuntos de familia y menores de carácter urgente, y órdenes de ingreso involuntario a la luz de la Ley de Salud Mental, para nombrar algunos. El 16 de marzo de 2020 resolvimos extender hasta el 15 de abril de 2020 "[c]ualquier término que ven[ciera] durante las fechas del 16 de marzo de 2020 hasta el 14 de abril de 2020". In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-03. Gradualmente, se han ampliado los asuntos civiles y de familia de competencia superior que se atienden en los Tribunales de Primera Instancia mediante videoconferencia. Mientras, el Tribunal de Apelaciones y este Tribunal han dispuesto los mecanismos para que se presenten asuntos urgentes, para que se atienda el despacho y se adelanten los borradores de sentencias y opiniones de los casos perfeccionados en ambos foros apelativos. No obstante la ampliación de los asuntos que se atienden actualmente por la Judicatura, extendimos los términos judiciales hasta el 8 de junio de 2020.

Véanse, *In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19*, EM-2020-05; EM-2020-07 y EM-2020-10.

Habida cuenta de la extensión hasta el 25 de mayo de 2020 de las medidas de cierre parcial de operaciones anunciadas por la Rama Judicial, y al amparo de nuestra facultad inherente para reglamentar la profesión legal, se decreta que todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza entre el 16 de marzo y el 30 de junio de 2020, se extenderá hasta el viernes, 17 de julio de 2020. Asimismo, durante este periodo, el Programa de Educación Jurídica Continua no notificará avisos de incumplimiento en contra de los abogados y abogadas cuyo periodo de cumplimiento con los créditos de educación jurídica continua venció o vence en o antes del 17 de julio de 2020.

Como una medida adicional para asistir a los profesionales del Derecho, así como a los proveedores de cursos de educación jurídica continua durante este periodo de emergencia, se dispone que el Programa no cobrará las cuotas por concepto de acreditación que establecen las Reglas 11(A)(3)(D), 11(B)(4) y 16(B) de su Reglamento para toda solicitud presentada entre el 14 de mayo y el 17 el julio de 2020. Además, el Programa relevará a los y las profesionales del Derecho del pago de la multa por cumplimiento tardío que se adeude para los periodos vencidos entre marzo y junio de 2020. Ello, siempre y cuando se evidencie directamente al Programa su cumplimiento con la totalidad de los créditos adeudados al 17 de julio de 2020.

Notifíquese a la Directora del Programa de Educación Jurídica Continua y al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo